**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00311-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE ALFREDO ROMAN,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 30, 2014,

**IT IS ORDERED** that Defendant Jose Alfredo Roman is sentenced to **time served**.

Dated:  September 30, 2014

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          ROBERT E. BLACKBURN,
                          UNITED STATES DISTRICT JUDGE